IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**EDWARDS FAMILY PARTNERSHIP,**                                                     **APPELLANTS**
**LP, et al.**

V.                                                    **CAUSE NO. 3:18-CV-154-CWR-LRA**

**KRISTINA M. JOHNSON, Trustee for**                                **APPELLEE**
**Community Home Financial Services**
**Corporation**

## ORDER

To better understand the record, the Court now requests supplemental briefing from the Edwards entities.

1. At what point in the Bankruptcy Court proceedings would you contend that the Trustee's efforts shifted from an attempt to benefit the Edwards entities into an attempt to pursue the Edwards entities?

2. At what point, exactly, did you request that the minority creditors be paid and the remainder of the Estate be handed-over to the Edwards entities? How much money did the Trustee and her counsel bill the estate after that date?

3. In earlier proceedings, this Court wrote, "it is unusual to charge [Dr. Edwards] and his related entities with RICO violations where they are (by and large) the ultimate beneficiaries of the Trustee's work. Why would a Trustee ever be appointed to recover millions of dollars for a criminal enterprise?" *Johnson v. Edwards Family P'ship*, No. 3:15-cv-260, Docket No. 27 at 1 (S.D. Miss. July 15, 2015). Did the proceedings in the Bankruptcy Court ever answer this question?

4. Are the above questions properly before the Court, or has their resolution on appeal been forfeited by a failure to brief them?

The supplemental brief is due on August 7, 2020. The Trustee's response is due on August 10, 2020. If the Edwards entities wish to reply they may do so on August 12, 2020. The parties are asked to cite specific pages of the record supporting their position. Each side shall have 10 substantive pages, total.

**SO ORDERED**, this the 3rd day of August, 2020.

s/ Carlton W. Reeves<br>UNITED STATES DISTRICT JUDGE